SPENCER PERSSON (BAR NO. 235054)
SARAH E. MOSES (BAR NO. 291491)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com
sarah.moses@nortonrosefulbright.com

Attorneys for Defendant
THE GEO GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BIRDSELL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS GEO CALIFORNIA, INC., a Florida corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:16-cv-02054<br><br>**DEFENDANT THE GEO GROUP, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>**L.R. 7.1-1**<br><br>Complaint Filed: August 9, 2016 |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendant The GEO Group, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.     The GEO Group, Inc.

Dated: September 28, 2016          SPENCER PERSSON
                                                   SARAH E. MOSES
                                                   **NORTON ROSE FULBRIGHT US LLP**

                                                   By   /s/ Spencer Persson
                                                             SPENCER PERSSON
                                                             Attorneys for Defendant
                                                             THE GEO GROUP, INC.