IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BIRDSELL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS GEO CALIFORNIA, INC., a Florida corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:16-cv-02054-BRO (FFM)<br><br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: August 9, 2016 |

**[ORDER**

Based on the foregoing stipulation and request of the Parties, the matter of *Angela Birdsell v. The GEO Group, Inc., et al.*, Case No. 5:16-cv-02054-BRO-FFM, is hereby remanded to San Bernardino County Superior Court with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 13, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER

- 2 -